IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEREMY LAFITTE,

        Petitioner,

  v.

EVELIO GRILLO, Judge,

        Respondent.
                                         /

No. CV-12-1422 CRB (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    The petition for a writ of habeas corpus is hereby DISMISSED.

Dated: April 4, 2012                                          Richard W. Wieking, Clerk

                                                                                */s/ Tracy Lucero*

                                                                                By: <u>Tracy Lucero</u>
                                                                                <u>Deputy Clerk</u>